UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

UNITED STATES OF AMERICA

V.

DOUGLASS RICHARD HEWITT

CASE NO. 3:89-cr-74-J-10HTS

_____/

## ORDER REGARDING SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C § 3582(C)(2)

Upon Motion of the Defendant *pro se* (Dkt # 779) under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered the United States' Response to Order Pursuant to 18 U.S.C. § 3582(c)(2) (Dkt #852) and Defendant Hewitt's Response to Probation Office's Position Concerning Application of Crack Cocaine Amendment (Dkt #853), it is therefore

**ORDERED** that the Court lacks jurisdiction to reduce the defendant's sentence; therefore, Defendant's Motion is **DENIED.**

**DONE and ORDERED** at Jacksonville, Florida this 7th day of May, 2009.

JOHN H. MOORE II
United States District Judge

Copies to:   Federal Public Defender - Mark Rosenblum     United Stated Marshal's Service
             United States Attorney - Devereaux           Bureau of Prisons
             United States Probation                      Defendant